AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Arizona

| | |
|---|---|
| Gustavo U. Ramirez, an individual,<br><br>Plaintiff<br><br>vs.<br><br>Smiths Food & Drug Centers, Inc., an Ohio corporation, d/b/a Frys Food Stores; The Kroger Co., a foreign corporation; John and Jane Does 1 5; and ABC Corporations 1-5,<br><br>Defendants. | Civil Action No. CV-24-00613-PHX-JJT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address):*   Hartford Underwriters Insurance Company
c/o Arizona Department of Insurance
100 N. 15th Ave. #261
Phoenix, AZ  85007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, who name and address are:

Mark P. Breyer
Robert H. Kleinschmidt
Breyer Law Offices
3840 E. Ray Road
Phoenix, AZ  85044

If you failed to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  10:10 am, Mar 21, 2024**
**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also

tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                          *Server's signature*


                                                                          _____
                                                                          *Printed name and title*


                                                                          _____
                                                                          *Server's address*

Additional information regarding attempted service, etc.: