Mark P. Breyer (Bar No. 016862)
Robert H. Kleinschmidt (Bar No. 009493)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
480-219-0482
minutes@breyerlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gustavo U. Ramirez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Hartford Underwriters Insurance Company, a foreign corporation; Americold Realty Trust, a foreign REIT corporation; Smith's Food & Drug Centers, Inc., an Ohio corporation, d/b/a Fry's Food Stores; The Kroger Co., a foreign corporation; John and Jane Does 1 5; and ABC Corporations  1-5,<br><br>Defendants. | No. 2:24-cv-00613-JJT<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to<br>The Honorable John J. Tuchi |

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) Plaintiff voluntarily dismisses the above-captioned matter without prejudice. No opposing party has filed an answer or other responsive pleading.

DATED:      April 3, 2024

///

///

1

**BREYER LAW OFFICES, P.C.**

*/s/Mark P. Breyer*

Mark P. Breyer
Robert H. Kleinschmidt
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiff

ORIGINAL of the foregoing e-filed this day with:

Clerk of the Court
United States District Court – Phoenix
401 W. Washington St., Ste. 130
SPC 1
Phoenix, AZ 85003

COPY of the foregoing mailed this day to:

Honorable John J. Tuchi
United States District Court
401 W. Washington St., Ste. 525
SPC 83
Phoenix, AZ  85003

*/s/Karen Erickson*